1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

RONALD E. THOMPSON,

10

Plaintiff,

Case No.  C04-2554L

11

v.

ORDER DIRECTING SERVICE BY
MAIL ON SIX DEFENDANTS

12

STATE OF WASHINGTON, *et al.,*

13

Defendants.

14

15        Plaintiff is proceeding *pro se* and *in forma pauperis* in the above-captioned matter.

16   Plaintiff has requested that the Court serve 6 defendants,[1] William (Bill) Crews, Angela

17   Granberry, Gena Endicott, Curtis Shaw, Keith Berisford, and Paul Bailey, and has provided

18   addresses for each defendant.[2]  Service of plaintiff's complaint is hereby ORDERED, as

19   follows:        (1)      Service by Clerk

20        The Clerk is directed to send by first class mail a copy of the complaint, a copy of this

21   Order, two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons, a

22   Waiver of Service of Summons, and a return envelope, postage prepaid, addressed to the Clerk's

23

24        [1]In his motion, plaintiff requests that 11 individuals be served.  Five of those individuals (Brian L.
Roberts, Stephen B. Burke, Earnestine Sankey, Pam Lowe-Nelson, and Natasha Jones), however, have

25   not been named as defendants in this action.  Accordingly, these five individuals will not be served.

26        [2]On April 18, 2005, this Court issued an Oder Directing Service By Mail On Two Defendants
(Dkt. # 11), namely the State of Washington and Pierce County, Washington.

ORDER DIRECTING SERVICE BY MAIL
ON SIX DEFENDANTS

1  office to defendant at the addresses provided by plaintiff, namely:

2         William (Bill) Crews
       22025 30th Drive SE
3         Bothell, Washington 98021

4         Angela Granberry
       1323 34th Ave. East
5         Fife, Washington 98424

6         Gena Endicott
       1323 34th Ave. East
7         Fife, Washington 98424

8         Curtis Shaw
       2316 South State Street
9         Tacoma, Washington 98405

10         Keith Berisford
       2316 South State Street
11         Tacoma, Washington 98405

12         Paul Bailey
       8808 Marie Street SE
13         Olympia, Washington  98501

14      (2)    <u>Response Required</u>

15      Each defendant has **30 days** within which to return the enclosed Waiver of Service of

16  Summons.  Defendants who timely return the signed Waiver have **60 days** after the date

17  designated on the Notice of Lawsuit to file and serve an answer to the complaint or a motion

18  permitted under Rule 12 of the Federal Rules of Civil Procedure.

19      If a defendant fails to return the signed Waiver in a timely manner, that defendant will be

20  personally served with a summons and complaint and may be required to pay the full costs of

21  such service, pursuant to Rule 4(d)(2).  A defendant who has been personally served must file an

22  answer or motion permitted under Rule 12 within **30 days** after service.

23      (3)    <u>Filing and Service by Parties, Generally</u>

24      Counsel are required to file electronically all documents with the Court. *Pro se* litigants

25  may file either electronically or in paper form.  Information and procedures for electronic filing

26  can be found on the Western District of Washington's website at <u>www.wawd.uscourts.gov.</u>

ORDER DIRECTING SERVICE BY MAIL
ON SIX DEFENDANTS

1  Unless electronically filed, all original documents and papers submitted for consideration by the

2  Court in this case, and any duplicates of such papers, are to be filed with the Clerk of the Court.

3  The originals and copies of all such papers must indicate in the upper right-hand corner the

4  name of the Judge to whom the copies are to be delivered.  The papers must be accompanied by

5  proof that such documents have been served upon counsel for the opposing party (or upon any

6  party acting *pro se*).  The proof must show the day and manner of service and may be a written

7  acknowledgment of service, by certificate of a member of the bar of this Court, or by affidavit of

8  the person who served the papers.

9         (4)    Motions

10        Any request for court action is to be set forth in a motion, properly filed and served.  The

11  motion must include in its caption (immediately below the title of the motion) a designation of

12  the date upon which the motion is to be noted upon the Court's calendar for consideration.  See

13  Local Civil Rule 7(d).  If a party fails to file and serve timely opposition to a motion, the Court

14  may deem any opposition to be without merit.

15         (5)    Direct Communications with Judge or Magistrate Judge

16        No direct communication is to take place with the Judge with regard to this case.  All

17  relevant information and papers are to be electronically filed or directed to the Clerk.

18

19        DATED this 28th day of April, 2005.

20

21

22                  Robert S. Lasnik

23                  United States District Judge

24

25

26

ORDER DIRECTING SERVICE BY MAIL
ON SIX DEFENDANTS