UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD E. THOMPSON,

    Plaintiff,

  v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

Case No. C04-2554L

ORDER DIRECTING SERVICE BY MAIL

Plaintiff is proceeding *pro se* and *in forma pauperis* in this action. Plaintiff has submitted mailing addresses for service of process on four of the named defendants. Accordingly, service of plaintiff's complaint is hereby ORDERED, as follows:

(1) <u>Service by Clerk</u>

The Clerk is directed to send by first class mail a copy of the complaint, a copy of this Order, two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons, a Waiver of Service of Summons, and a return envelope, postage prepaid, addressed to the Clerk's office to defendant at the following address:

> Comcast Cable Communications, Inc.
> 1500 Market Street, 35th Floor
> Philadelphia, PA 19102
> Attn: Arthur L. Block, Esq.

ORDER DIRECTING SERVICE BY MAIL

|   |   |
|---|---|
| 1 | Morgan Armijo |
| 2 | 917 Pacific Ave., Ste. # 302 |
|   | Tacoma, WA 98402 |
| 3 | Armijo's Investigations |
|   | 917 Pacific Ave., Ste. # 302 |
| 4 | Tacoma, WA 98402 |
| 5 | Judith Gordon |
|   | 3912 82nd Ave. West |
| 6 | University Place, WA 98466 |
| 7 | Michael Gordon |
|   | 3912 82nd Ave. West |
| 8 | University Place, WA 98466 |

(2) <u>Response Required</u>

Each defendant shall have **thirty (30) days** within which to return the enclosed Waiver of Service of Summons.  If a defendant timely returns the signed Waiver, the defendant shall have **sixty (60) days** after the date designated on the Notice of Lawsuit to file and serve an answer to the complaint or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure.

If a defendant fails to return the signed Waiver in a timely manner, the defendant will be personally served with a summons and complaint and may be required to pay the full costs of such service, pursuant to Rule 4(d)(2).  A defendant who has been personally served shall file an answer or motion permitted under Rule 12 within **thirty (30) days** after service.

(3) <u>Filing and Service by Parties, Generally</u>

Counsel are required to electronically file all documents with the Court. *Pro se* litigants may file either electronically or in paper form.  Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov.  Unless electronically filed, all original documents and papers submitted for consideration by the Court in this case, and a duplicate of all such papers, are to be filed with the Clerk of Court.  The originals and copies of all such papers shall indicate in the upper right-hand corner the name of the Judge to whom the copies are to be delivered.  The

ORDER DIRECTING SERVICE BY
MAIL

1 papers shall be accompanied by proof that such documents have been served upon counsel for
2 the opposing party (or upon any party acting *pro se*).  The proof shall show the day and manner
3 of service and may be written acknowledgment of service, by certificate of a member of the bar
4 of this court, or by affidavit of the person who served the papers.

5   (4) <u>Motions</u>

6   Any request for court action shall be set forth in a motion, properly filed and
7 served.  The motion shall include in its caption (immediately below the title of the motion) a
8 designation of the date upon which the motion is to be noted upon the Court's calendar for
9 consideration.  <u>See</u> Local Civil Rule 7(d).  If a party fails to file and serve timely opposition to a
10 motion, the court may deem any opposition to be without merit.

11   (5) <u>Direct Communications with District Judge or Magistrate Judge</u>

12   No direct communication is to take place with the Judge with regard to this case.
13 All relevant information and papers are to be electronically filed or directed to the Clerk.

14
15   DATED this 24th day of May, 2005.

16
17       *[signature]*
18       Robert S. Lasnik
      United States District Judge

ORDER DIRECTING SERVICE BY MAIL