UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD E. THOMPSON,

    Plaintiff,

  v.

THE STATE OF WASHINGTON, *et al.*,

    Defendants.

Case No. C04-2554L

ORDER DISMISSING CLAIMS AGAINST DEFENDANTS

This matter comes before the Court after plaintiff's failure to respond to this Court's "Order Denying Motion for Default Judgment and Ordering Plaintiff to Show Cause" (Dkt. # 47). That order held that defendants Morgan Armijo, Armijo Investigations, Judith Gordon and Michael Gordon (collectively, the "remaining defendants") had not been properly served, and ordered plaintiff to show cause why the claims against the remaining defendants should not be dismissed. Because plaintiff has not responded, IT IS HEREBY ORDERED that the claims against Morgan Armijo, Armijo Investigations, Judith Gordon and Michael Gordon are DISMISSED.

DATED this 6th day of October, 2005.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER DISMISSING CLAIMS AGAINST
DEFENDANTS